HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
REED GRANTHAM, CA SBN 294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RONNIE BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONNIE BELTRAN,<br><br>Defendant. | Case No. 1:17-cr-00251 DAD<br><br>**ORDER FOR RELEASE AND TRANSPORT TO DELANCEY STREET** |

IT IS HEREBY ORDERED that defendant Ronnie Beltran (Kern County Sheriff's Inmate No. SO2251268) shall be released to the custody of Federal Public Defender representative Kevin Mitchel, from the Fresno County Jail on Wednesday, September 4, 2019 at 6:00 a.m. Mr. Mitchel will then transport Mr. Beltran directly to the Delancey Street program located at 600 Embarcadero in San Francisco for an intake interview for the program's two-year residential program.

If Mr. Beltran is accepted into the program, and if he chooses to enroll in the program, Mr. Beltran will remain at Delancey Street to participate in the program. While enrolled in the program, Mr. Beltran is ordered to participate and remain in the program until he satisfies the requirements of the two-year residential program. During this time, Mr. Beltran will remain subject to all terms and conditions of his supervised release previously ordered as well as all

other standard conditions of pretrial release. If Mr. Beltran voluntarily leaves the program at any time prior to completing the program, or if he is terminated from the program for any reason, he is ordered to immediately inform his probation officer and follow all instructions.

If Mr. Beltran is not accepted into the program, or if he chooses to not enroll in the program, Mr. Mitchel will immediately and directly return Mr. Beltran to the Fresno County Jail by no later than 10:00 p.m. on September 4, 2019.

IT IS SO ORDERED.

Dated: **August 28, 2019**

_____
UNITED STATES DISTRICT JUDGE