1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: 559-487-5561
5  Fax: 559-487-5950

6  Attorneys for Defendant
   RONNIE BELTRAN
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:17-cr-00251-DAD

12                 Plaintiff,          **STIPULATION AND ORDER TO
                                       CONTINUE SENTENCING HEARING;**
13  vs.                                **EXHIBIT**

14  RONNIE BELTRAN,                    DATE:   September 14, 2020
                                       TIME:   10:00 a.m.
15                 Defendant.          JUDGE: Hon. Dale A. Drozd

16

17

18         IT IS HEREBY STIPULATED by and between the parties hereto, through their

19  respective counsel, that the status conference regarding the sentencing hearing in the above-

20  captioned matter now set for March 16, 2020, may be continued to September 14, 2020 at 10:00

21  a.m. for further status conference on the sentencing hearing.

22         On July 29, 2019, Mr. Beltran entered an admission to Charge 2 of the Petition for

23  Warrant or Summons for Offender Under Supervision filed on June 26, 2019. *See* Dkt. #49; Dkt.

24  #42. At the sentencing hearing held before this Court on August 28, 2019, this Court permitted

25  Mr. Beltran to interview for admission to the Delancey Street program in San Francisco. *See* Dkt.

26  #56. Mr. Beltran was released the following day on August 29, 2019, and was admitted into the

27  Delancey Street program. *See* Dkt. #55, 58. A further status conference regarding sentencing was

28  set for March 16, 2020. *See* Dkt. #58. Attached as Exhibit A is a letter from the Delancey Street

1  program indicating that Mr. Beltran remains at the program and is in compliance. *See* Exhibit A.

2  Accordingly, the parties are requesting a further continuance to monitor Mr. Beltran's progress at

3  the program.

4      As this is a sentencing hearing, no exclusion of time is necessary.

5

6                                              Respectfully submitted,

7                                              McGREGOR SCOTT
                                               United States Attorney
8

9  DATED:  March 9, 2020                        */s/ Laura Withers*
                                               LAURA WITHERS
10                                             Assistant United States Attorney
                                               Attorney for Plaintiff
11

12                                             HEATHER E. WILLIAMS
                                               Federal Defender
13

14  DATED:  March 9, 2020                       */s/ Reed Grantham*
                                               REED GRANTHAM
15                                             Assistant Federal Defender
                                               Attorney for Defendant
16                                             RONNIE BELTRAN

17

18                              **O R D E R**

19      The court has reviewed and considered the stipulation of the parties to continue the

20  sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named

21  defendant currently scheduled for March 16, 2020, is continued to September 14, 2020, at 10:00

22  a.m. in courtroom 5 before District Judge Dale A. Drozd.

23
    IT IS SO ORDERED.
24

25    Dated:  __**March 9, 2020**__          _____
                                               UNITED STATES DISTRICT JUDGE
26

27

28