HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RONNIE BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONNIE BELTRAN,<br><br>Defendant. | Case No. 1:17-cr-00251-NODJ<br><br>**STIPULATION TO CONTINUE SENTENCING;  ORDER**<br><br>Date:   January 16, 2024<br>Time:   11:00 a.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Ronnie Beltran, that the sentencing hearing currently scheduled for December 11, 2023, at 11:00 a.m. may be continued to January 16, 2024, at 11:00 a.m.

This matter is currently scheduled for sentencing on December 11, 2023. *See* Dkt. #71. Undersigned counsel for Mr. Beltran is in the process of requesting and obtaining records relevant for sentencing in this matter. Accordingly, the defense is requesting a continuance of the sentencing hearing in this case to continue to work to obtain such records and to prepare for sentencing.

The government does not oppose the continuance of the sentencing in this matter to the date proposed herein. The requested continuance is made with the intention of conserving time

and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 1, 2023        */s/ Henry Carbajal*
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: December 1, 2023        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
RONNIE BELTRAN

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, December 11, 2023, at 11:00 a.m. be continued to Tuesday, January 16, 2024, at 11:00 a.m.

IT IS SO ORDERED.

Dated:   **December 1, 2023**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE