IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
RONNIE MARTIN BELTRAN,
Defendant.

Case No.: 1:17-cr-00251-ADA

ORDER OF RELEASE

The above-named defendant having been sentenced on January 16, 2024, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith on this matter only.

A certified Judgment and Commitment order to follow.

**IT IS SO ORDERED.**

Date: 1/16/2024

Honorable Charles R. Breyer
District Court Judge